UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ALEJANDRO CHUNG,

        Petitioner,

        -v-

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY,

        Respondent.
------------------------------------x

08 Civ. 177 (JSR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-15-08

JED S. RAKOFF, U.S.D.J.

    On May 6, 2008, the Honorable Debra Freeman, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the Court dismiss plaintiff's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his order of removal to Argentina.

    Plaintiff has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons stated therein, dismisses the petition. Clerk to enter judgment.

    SO ORDERED.

Dated: New York, NY
       July 15, 2008

                                     JED S. RAKOFF, U.S.D.J.